AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2113(a) – Bank Robbery

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum term of imprisonment: 20 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Special Assessment: $100

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
AUG - 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ ALFRED ALAN CRAVEN

DISTRICT COURT NUMBER

**CR09-00811 CW**

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    CHRISTINA McCALL, AUSA

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction    } ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes" give date filed _____
been filed? ☐ No

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

FILED
AUG - 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

CR09-00811   CW

ALFRED ALAN CRAVEN,

DEFENDANT.

INDICTMENT

18 U.S.C. § 2113(a) – Bank Robbery

A true bill.

_____ Foreman

Filed in open court this _____ day of _____

_____ Clerk

Bail. $ No bail warrant.

8-6-09

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

AUG - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: CR09-00811 CW |
| Plaintiff, | ) | |
| | ) | VIOLATIONS: 18 U.S.C. § 2113(a) – Bank Robbery |
| v. | ) | |
| | ) | OAKLAND VENUE |
| ALFRED ALAN CRAVEN, | ) | |
| Defendant. | ) | |

## INDICTMENT

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2113(a) – Bank Robbery)

On or about May 8, 2009, in the Northern District of California, the defendant,

ALFRED ALAN CRAVEN,

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of Bank of the West, 21 Moraga Way, Orinda, California, approximately $745 in money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in violation

INDICTMENT

of Title 18, United States Code, Sections 2113(a).

COUNT TWO: (18 U.S.C. § 2113(a) – Bank Robbery)

On or about May 19, 2009, in the Northern District of California, the defendant,

ALFRED ALAN CRAVEN,

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of Pacific National Bank, 3528 Mt. Diablo Boulevard, Lafayette, California, approximately $602 in money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

COUNT THREE: (18 U.S.C. § 2113(a) – Bank Robbery)

On or about May 22, 2009, in the Northern District of California, the defendant,

ALFRED ALAN CRAVEN,

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of Guaranty Bank, 2536 N. Main Street, Walnut Creek, California, approximately $2,199 in money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

DATED: ~~June 17, 2009~~  A TRUE BILL.
August 6, 2009
/s/

/s/ Walt Bodley
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
Maureen Bessette
Chief, Oakland Branch

(Approved as to form: /s/ )
AUSA C. McCALL

INDICTMENT 2