UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00811 CW |
| Plaintiff, | ) ) ) | |
| | ) | [AMENDED ~~PROPOSED~~] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) ) ) | |
| ALFRED ALAN CRAVEN, | ) ) | |
| Defendant. | ) ) | |

    Upon motion of the United States of America, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, ALFRED ALAN CRAVEN, before the Hon. Laurel Beeler, United States Magistrate Judge, at 10:00 a.m. on Tuesday, March 16, 2010 ~~Monday, March 15, 2010~~, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: February 24, 2010

/s/ Laurel Beeler
HON. LAUREL BEELER
United States Magistrate Judge

AMENDED PETITION AND [~~PROPOSED~~] ORDER
FOR AND WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
CR-09-00811 CW

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies; MIKE McDONALD, Warden for the California High Desert State Prison, and/or any other Wardens of California Department of Corrections and Rehabilitation (CDCR) facilities, and/or any authorized CDCR correctional officers or deputies; and/or WARREN E. RUPF, Sheriff, Contra Costa County and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on ~~Monday, March 15, 2010~~ Tuesday, March 16, 2010 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of ALFRED ALAN CRAVEN in your custody at High Desert State Prison, before the United States Magistrate Court in and for the Northern District of California, in the Courtroom of the Hon. Laurel Beeler, United States Magistrate Judge, 1301 Clay Street, Oakland, California 94612, in order that ALFRED ALAN CRAVEN may then appear upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court.

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Laurel Beeler, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: February 24, 2010

                        CLERK, UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA

By:    /s/ Lashanda Scott
       DEPUTY CLERK

AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM