UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00811 CW (LB) |
| Plaintiff, | ) | |
| | ) | [PROPOSED] DETENTION ORDER |
| v. | ) | |
| ALFRED ALAN CRAVEN, | ) | |
| Defendant. | ) | |

## I. DETENTION ORDER

Following a hearing under 18 U.S.C. § 3142(f), and considering the factors set forth in section 3142(g), the Court finds that in this case, no condition or combination of conditions in section 3142(c) will reasonably assure the defendant's appearance in this case or the safety of any other person or the community. As set forth in the government's factual proffer, probable cause exists to believe that the defendant, Alfred Alan Craven, committed three bank robberies, by force or fear, in Contra Costa County during a two week period in May of 2009. During those robberies, the government proffered that the banks sustained an actual loss amount of approximately $3,500. Following those bank robberies, the defendant attempted to rob a Wells Fargo bank in Sacramento County, fled from sheriff's deputies and received a state sentence for burglary.

DETENTION ORDER
(CR 09-0811 CW (LB))

The nature of the offenses demonstrates the danger to the community. In addition, the defendant was convicted in 1997 of a felony narcotics trafficking offense in the District of Massachusetts, and sentenced to a 151-month term of imprisonment. The defendant was on federal supervised release while he committed the offenses charged in this indictment, and the offense in Sacramento County. The District of Massachusetts lodged a detainer against the defendant due to a pending petition to revoke his supervised release

After being advised of his rights to present evidence under section 3142(f), the defendant declined to present additional information (beyond the preliminary bail study by Pretrial Services) but reserved his right to present information at a future bail hearing should his circumstances change.

## II. CONCLUSION

The Court detains the defendant as a danger to the community and as a flight risk without prejudice to his raising the bail issue at a future hearing. The Court orders the defendant committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *See id.* § 3142(i)(4).

IT IS SO ORDERED.

DATED: March 17, 2010

LAUREL BEELER
United States Magistrate Judge

DETENTION ORDER
(CR 09-0811 CW (LB))                    2