JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0811 CW |
|       v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) AND (B)(iv)) |
| ALFRED ALAN CRAVEN, ) | |
|       Defendant. ) | |

      On April 12, 2010, the defendant, Alfred Alan Craven, appeared in court for the first status conference following defendant's arraignment on the indictment and detention. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 12, 2010 to May 3, 2010. The parties agreed, and the Court found and held, as follows:

      1.     The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel so that defense counsel would have time to meet with their client and review newly-produced discovery, and research the impact of the transfer of Mr. Craven's supervised release from the District of Massachusetts to the Northern District of California, taking into account the exercise of due diligence.

[*United States v. Alfred Alan Craven*, CR 09-0811 CW]
[Order Excluding Time]

1   2.   Given these circumstances, the Court found that the ends of justice served by
2  excluding the period from April 12, 2010 to May 3, 2010, from Speedy Trial Act calculations
3  outweighs the interests of the public and the defendant to a speedy trial by allowing for the
4  defense attorneys to effectively represent their client, in accordance with 18 U.S.C. §
5  3161(h)(7)(A) and (B)(iv).
6   3.   Accordingly, with the consent of defendant's attorney, the Court ordered that the
7  period from April 12, 2010 to May 3, 2010 be excluded from Speedy Trial Act calculations,
8  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10  IT IS SO ORDERED.

12  DATED:   April 13, 2010



HON. DONNA M. RYU
United States Magistrate Judge

[*United States v. Alfred Alan Craven*, CR 09-0811 CW]
[Order Excluding Time]