BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CRAVEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-811 CW | |
| Plaintiff, ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 18, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) ) | | |
| ALFRED CRAVEN, ) ) | Date: May 3, 2010 | |
| Defendant. ) ) ) | Time: 10:00 a.m. Court: Hon. Donna Ryu | |

The above-captioned matter is set on May 3, 2010 before this Court for a status hearing. The parties request that this Court continue the hearing to May 18, 2010 at 10:00 a.m. before Magistrate Judge Laurel Beeler and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and May 18, 2010.

Mr. Craven is charged in this case with committing three bank robberies. Mr. Craven's initial appearance occurred last month. The government has provided discovery, including photographs and police reports. The defense has been engaged in review of that discovery. The

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 18, 2010 AND TO EXCLUDE TIME
No. CR-09-811 CW

defense needs additional time to review the discovery, to perform legal research, and to meet with the defendant.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between May 3, 2010, 2010 and May 18, 2010 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: April 29, 2010

| /s/ Christina McCall | /s/ Ned Smock |
|---|---|
| CHRISTINA McCALL | NED SMOCK |
| Assistant United States Attorney | Counsel for Alfred Craven |
| Counsel for United States | |

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 18, 2010 AND TO EXCLUDE TIME
No. CR-09-811 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-09-811 CW |
| )                                     | |
| Plaintiff,        ) | ORDER GRANTING STIPULATED |
| )                                     | REQUEST TO CONTINUE HEARING |
| v.        ) | DATE TO MAY 18, 2010 AND TO |
| )                                     | EXCLUDE TIME UNDER THE SPEEDY |
| ALFRED CRAVEN,        ) | TRIAL ACT |
| )                                     | |
| Defendant.        ) | Date:     May 3, 2010 |
| )                                     | Time:    10:00 a.m. |
| )                                     | Court:   Hon. Donna Ryu |
| _____ ) | |

The parties jointly requested that the hearing in this matter be continued from May 3, 2010 to May 18, 2010, and that time be excluded under the Speedy Trial Act between May 3, 2010 and May 18, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has produced discovery.  The defense needs additional time to review discovery, perform legal research, and discuss the case with the defendant.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to May 18, 2010 at 10:00 a.m. before Magistrate Judge Laurel Beeler, and that time between May 3, 2010 and May 18, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:  4/29/2010                                 _____
                                                                 HON. DONNA M. RYU, U.S. Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 18, 2010 AND TO EXCLUDE TIME
No. CR-09-811 CW