| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | NED SMOCK |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone:  (510) 637-3500 |
| 5 | |
| | Counsel for Defendant CRAVEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-811 CW |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO JUNE 8, 2010 AND |
| v. | ) | TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| ALFRED CRAVEN, | ) | |
| | ) | Date:       May 18, 2010 |
| Defendant. | ) | Time:       10:00 a.m. |
| | ) | Court:      Hon. Laurel Beeler |
| | ) | |

The above-captioned matter is set on May 18, 2010 before this Court for a status hearing. The parties request that this Court continue the hearing to June 8, 2010 at 10:00 a.m. before Magistrate Judge Donna M. Ryu and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and June 8, 2010.

Mr. Craven is charged in this case with committing three bank robberies. The government has provided discovery, including photographs and police reports. The defense has been engaged in review of that discovery. The defense needs additional time to review the

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 8, 2010 AND TO EXCLUDE TIME
No. CR-09-811 CW

discovery and to meet with the defendant. In addition, the defense is engaged in investigation and needs additional time for that purpose. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between May 18, 2010, 2010 and June 8, 2010 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: May 13, 2010

 /s/ Christina McCall                         /s/ Ned Smock
CHRISTINA McCALL                              NED SMOCK
Assistant United States Attorney              Counsel for Alfred Craven
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 8, 2010 AND TO EXCLUDE TIME
No. CR-09-811 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-811 CW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 8, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| ALFRED CRAVEN, | ) | |
| Defendant. | ) | Date: May 18, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Laurel Beeler |

The parties jointly requested that the hearing in this matter be continued from May 18, 2010 to June 10, 2010, and that time be excluded under the Speedy Trial Act between May 18, 2010 and June 8, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery. The defense needs additional time to review discovery, perform investigation, and discuss the case with the defendant. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to June 8, 2010 at 10:00 a.m. before Magistrate Judge Donna M. Ryu, and that time between May 18, 2010 and June 8, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: May 19, 2010

_____
LAUREL BEELER
United States Magistrate Judge