1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CRAVEN
6

7

8
                      UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12

13 UNITED STATES OF AMERICA,        )   No. CR-09-811 CW
                                    )
14         Plaintiff,               )   STIPULATED REQUEST TO CONTINUE
                                    )   HEARING DATE TO JUNE 16, 2010 AND
15     v.                           )   TO EXCLUDE TIME UNDER THE
                                    )   SPEEDY TRIAL ACT
16 ALFRED CRAVEN,                   )
                                    )   Date:    June 16, 2010
17         Defendant.               )   Time:    10:00 a.m.
                                    )   Court:   Hon. Donna M. Ryu
18                                  )
                                    )
19 _____   )

20
        The above-captioned matter is set on June 8, 2010 before this Court for a status hearing.
21
   The parties request that this Court continue the hearing to June 16, 2010 at 10:00 a.m. before
22
   Magistrate Judge Donna M. Ryu and that the Court exclude time under the Speedy Trial Act
23
   between the date of this stipulation and June 16, 2010.
24
        Mr. Craven is charged in this case with committing three bank robberies. The
25
   government has provided discovery, including photographs and police reports. The defense has
26
   been engaged in review of that discovery. The defense needs additional time to perform
27

28
   STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 16, 2010 AND TO EXCLUDE TIME
   No. CR-09-811 CW

investigation. In addition, defense counsel needs additional time to discuss the case with the defendant. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between June 8, 2010, 2010 and June 16, 2010 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: June 7, 2010

| /s/ Christina McCall | /s/ Ned Smock |
|---|---|
| CHRISTINA McCALL | NED SMOCK |
| Assistant United States Attorney | Counsel for Alfred Craven |
| Counsel for United States | |

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 16, 2010 AND TO EXCLUDE TIME
No. CR-09-811 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-811 CW | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 16, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| ALFRED CRAVEN, ) | | |
| Defendant. ) | Date: June 16, 2010 Time: 10:00 a.m. Court: Hon. Donna M. Ryu | |

The parties jointly requested that the hearing in this matter be continued from June 8, 2010 to June 16, 2010, and that time be excluded under the Speedy Trial Act between June 8, 2010 and June 16, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has produced discovery.  The defense is performing investigation and needs additional time for that purpose.  In addition, defense counsel needs additional time to discuss the case with the defendant.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

//

//

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 16, 2010 AND TO EXCLUDE TIME
No. CR-09-811 CW

1  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued to June 16, 2010 at 10:00 a.m. before Magistrate Judge Donna M. Ryu, and that time between June 8, 2010 and June 16, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

GRANTED
*Judge Donna M. Ryu*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 6/7/2010

HON. DONNA M. RYU
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 16, 2010 AND TO EXCLUDE TIME
No. CR-09-811 CW