JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3717
   Fax: (510) 637-3724
   E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0811 CW |
|           Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO JULY 20, 2010 |
| ALFRED ALAN CRAVEN, ) | |
|           Defendant. ) | |

      The above-captioned matter is set on June 30, 2010 before the duty magistrate judge for a status conference.  The parties request that this Court vacate that date and set this matter for status conference on July 20, 2010 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and July 20, 2010.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

      Such continuance is required because Defendant has a new attorney assigned to his

STIPULATION AND EXCLUSION OF TIME
CR 09-00811 CW

1 | case, and that counsel will unavailable for court hearings until the week of July 19, 2010.
2 | This continuance will allow the reasonable time necessary for effective preparation and
3 | continuity of counsel, taking into account the exercise of due diligence.
4 | As such, the parties respectfully request that the time between June 30, 2010 and
5 | July 20, 2010 be excluded under U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

6 | DATED:  June 28, 2010               Respectfully submitted,

7 |                                     JOSEPH P. RUSSONIELLO
  |                                     United States Attorney
8 |

9 |                                       /s/ Christina McCall
  |                                     CHRISTINA McCALL
10|                                     Assistant United States Attorney

11|
  |                                       /s/ Colleen Martin
12|                                     COLLEEN MARTIN
  |                                     Assistant Federal Public Defender
13|

14|

15|                                    **ORDER**

16| Based on the reason provided in the stipulation of the parties above, the Court
17| hereby FINDS that for adequate preparation of the case by all parties, and in the interest
18| of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is
19| warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY
20| ORDERED THAT the hearing is continued until July 20, 2010 at 10:00 a.m., and time is
21| excluded until July 20, 2010.

22|

23| **IT IS SO ORDERED.**

24| DATED:   June 29, 2010
  |                                     _____
25|                                     DONNA M. RYU
  |                                     United States Magistrate Judge

26|

27|

28|

STIPULATION AND EXCLUSION OF TIME
CR 09-00811 CW