JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0811 CW |
| ) | |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| ALFRED ALAN CRAVEN, ) | (18 U.S.C. §§ 3161(h)(7)(A) AND (B)(iv)) |
| ) | |
|     Defendant. ) | |
| _____ ) | |

     Defendant, Alfred Alan Craven, appeared in magistrate court on July 20, 2010 for a status conference in case CR 09-0811 CW.  With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from July 20, 2010 to August 12, 2010.  The parties agreed, and the Court found and held, as follows:

     1.     The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel, because the defense counsel representing Craven is newly appointed to this case.  An exclusion of time will allow defense counsel time to meet with his client and review the evidence in the case.

     2.     Given these circumstances, the Court found that the ends of justice served by

[*United States v. Alfred Alan Craven*, CR 09-0811 CW]
[Order Excluding Time]

1  excluding the period from July 20, 2010 to August 12, 2010 from Speedy Trial Act calculations
2  outweighs the interests of the public and the defendant to a speedy trial by allowing for the
3  defense attorneys to effectively represent their client, in accordance with 18 U.S.C. §§
4  3161(h)(7)(A) and (B)(iv).
5        3.     Accordingly, with the consent of defendant's attorney, the Court ordered that the
6  period from July 20, 2010 to August 12, 2010 be excluded from Speedy Trial Act calculations,
7  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

DATED:     7/22/2010



_____
HON. DONNA M. RYU
United States Magistrate Judge

[*United States v. Alfred Alan Craven*, CR 09-0811 CW]
[Order Excluding Time]