1 | JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2 |
3 | MAUREEN BESSETTE (NYSBN 2468254)
    Chief, Oakland Branch
4 | CHRISTINA McCALL (CABN 234139)
    Assistant United States Attorney
5 |
6 |    1301 Clay Street, Suite 340S
       Oakland, CA 94612
       Telephone: (510) 637-3717
7 |    Facsimile: (510) 637-3724
8 | Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-0811 CW |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER EXCLUDING TIME FROM |
|  | ) | SPEEDY TRIAL ACT CALCULATION |
| ALFRED ALAN CRAVEN, | ) | (18 U.S.C. §§ 3161(h)(7)(A) AND (B)(iv)) |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

     Defendant, Alfred Alan Craven, appeared in magistrate court on August 12, 2010 for a status conference in case CR 09-0811 CW.  With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from August 12, 2010 to September 10, 2010.  The parties agreed, and the Court found and held, as follows:

     1.     The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel, because the defense counsel representing Craven needs to review the recently-produced evidence in the case and meet with his client.

     2.     Given these circumstances, the Court found that the ends of justice served by excluding the period from  from August 12, 2010 to September 10, 2010 from Speedy Trial Act

[*United States v. Alfred Alan Craven*, CR 09-0811 CW]
[Order Excluding Time]

1 | calculations outweighs the interests of the public and the defendant to a speedy trial by allowing
2 | for the defense attorney to effectively represent his client, in accordance with 18 U.S.C. §§
3 | 3161(h)(7)(A) and (B)(iv).
4 |     3.    Accordingly, with the consent of defendant's attorney, the Court ordered that the
5 | period from from August 12, 2010 to September 10, 2010 be excluded from Speedy Trial Act
6 | calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

DATED:  8/21/2010

HON. DONNA M. RYU
United States Magistrate Judge

[*United States v. Alfred Alan Craven*, CR 09-0811 CW]
[Order Excluding Time]