IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALFRED ALAN CRAVEN,<br><br>    Defendant.<br>_____/ | No. 09-00811 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect. Accordingly,

Defendant Alfred Alan Craven's plea of guilty is accepted by the Court as to Counts One (1) and Three (3) of the Indictment charging Defendant Alfred Alan Craven with Bank Robbery in violation of 18 U.S.C. § 2113(a). Sentencing is set for Wednesday, December 15, 2010 at 2:00 p.m. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 10/15/2010

CLAUDIA WILKEN
United States District Judge

cc: LB, Sue